UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**KEITH WAYNE ROBERTSON #514621**     **CASE NO. 2:24-CV-00239 SEC P**

**VERSUS**     **JUDGE JAMES D. CAIN, JR.**

**JEAN ANN EAST ET AL**     **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

Having considered the Report and Recommendation [doc. 12] of the Magistrate Judge, and the objections filed thereto, and finding on a de novo review that the Magistrate Judge's opinion is supported by the law and the record in this matter, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that all claims in this matter be **DISMISSED WITH PREJUDICE** until such time as his conviction has been invalidated. **IT IS FURTHER ORDERED** that all pending motions be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on the 26th day of August, 2024.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**